UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN JESUS PENALOZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CERTAIN FRESNO COUNTY DEPUTIES,<br><br>　　　　Defendant. | 1:23-cv-001477-EPG (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PAYMENT OF INMATE FILING FEE BY THE FRESNO COUNTY SHERIFF<br><br>(ECF No. 5)<br><br>ORDER DENYING MOTION FOR DISCOVERY<br><br>(ECF No. 7) |

Plaintiff is a prisoner proceeding *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a); accordingly, his motion to proceed *in forma pauperis* will be granted. (ECF No. 5). Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Fresno County Sheriff is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff has also filed a motion to obtain discovery from the Defendants in this case. (ECF No. 7). The Court will deny the motion. As an initial matter, the Court is required to screen this case to ensure that Plaintiff, among other things, states a claim upon which relief may be granted. 28 U.S.C. § 1915A; *see* 28 U.S.C. § 1915(e)(2). If this case survives screening, the Court will issue an order permitting discovery to begin.

In accordance with the above and good cause appearing therefore, IT IS ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 5) is GRANTED;

**2. The Fresno County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* motion on the Fresno County Sheriff located at P.O. Box 872, Fresno, CA 93712.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:  **October 31, 2023**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE