1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

CRISTIAN JESUS PENALOZA,

10

Plaintiff,

11

v.

12

CERTAIN FRESNO COUNTY
DEPUTIES,

13

Defendants.

14

15

16

1:23-cv-01477-KES-EPG (PC)

ORDER AUTHORIZING ISSUANCE OF
SUBPOENA *DUCES TECUM* AND SETTING
DEADLINES

ORDER DIRECTING CLERK
TO SEND PLAINTIFF TWO COPIES
OF FORM AO 88B AND TWO COPIES
OF FORM USM-285

17

    Plaintiff Cristian Jesus Penaloza is confined in Fresno County Jail (FCJ) and proceeds *pro*

18

*se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

19

    On November 22, 2024, the Court issued a screening order (ECF No. 17), finding that

20

Plaintiff's Eighth Amendment excessive force claim against John Doe 1 and John Doe 2 should

21

proceed past screening. Because Defendants' identities are not known to Plaintiff, the Court

22

stated that it "will, in due course, issue an order authorizing Plaintiff to take discovery to identify

23

the Doe defendants" and advised Plaintiff that

24

        Defendants Doe 1 and Doe 2 cannot be served until Plaintiff has
        identified them and filed a motion to substitute, or amended his

25

        complaint to substitute, the named defendants in place of the Doe
        defendants. For service to be successful, the Court and/or the United

26

        States Marshal must be able to identify and locate the defendants to
        be served. Plaintiff will be given the opportunity to seek information

27

        to identify the Doe defendants. However, it is ultimately Plaintiff's

28

1

2

    responsibility to identify the Doe Defendants for the case to proceed
against them.

3

(ECF No. 17 at 5 & n.2).

4

    Accordingly, the Court will authorize the issuance of a subpoena *duces tecum* and direct the

5

Clerk of Court to send Plaintiff two copies of form AO 88B and two copies of form USM-285,

6

one for each unidentified defendant, to be completed by Plaintiff. When completing these

7

subpoena forms, Plaintiff should only request documents that may assist him in identifying John

Doe 1 and John Doe 2.

8

    On the AO 88B form, in the section that beings with "To: (Name of person to whom this

9

subpoena is directed)," Plaintiff should identify the person or entity he is seeking the documents

10

from. Since Plaintiff is seeking information about employees at Fresno County Jail, their

11

employer, Fresno County Jail, appears to be the logical recipient of the subpoena.

12

    In the blank space between the lines starting with "production" and "place," Plaintiff should

13

identify the documents he is seeking that would assist him in identifying and serving unidentified

14

defendants, such as any documents related to identities of the people matching the descriptions of

15

the defendants, or photos, names, and addresses of the officers on duty the day of the alleged

16

incident.

17

    The "place" and date and "time of the production" boxes refer to the date on which the

18

documents should be produced to the Plaintiff and the address of where the documents should be

19

sent, such as the place of his incarceration or his residence.

20

    Plaintiff should **not** fill out Proof of Service section of the AO 88B form, it will be

21

completed by the U.S. Marshalls after they serve the subpoenas. Similarly, Plaintiff should not fill

22

out the section of the USM-285 form that is marked "Space Below for Use of U.S. Marshal Only

23

– Do Not Write Below this Line."

24

    The "Serve At" Section on the USM-285 form should match "To:" section on the AO 88B

25

form, providing the name and address of the person or entity to whom subpoena is directed, such

as Fresno County Jail.

26

    Once Plaintiff has completed and returned forms AO 88B and USM-285, the Court will

27

review the documents and, if they are correctly completed, the Court will direct the United States

28

Marshals Service to serve the subpoena.[1] The Court notes that it may limit Plaintiff's request for production of documents.

Plaintiff has 120 days from the date of service of this order to file a motion to substitute named defendants in place of Doe Defendants. Failure to file a motion to substitute by this deadline may result in the dismissal of the unidentified defendants.

Accordingly, **IT IS ORDERED** that:

1. The Clerk of Court is directed to send Plaintiff two copies of form AO 88B and two copies of form USM-285;

2. Plaintiff has **thirty days** from the date of service of this order to complete and return forms AO 88B and USM-285; and

3. Plaintiff has **120 days** from the date of service of this order to file a motion to substitute named defendants in place of Doe Defendants. **Failure to file a motion to substitute by this deadline may result in the dismissal the entire action.**

IT IS SO ORDERED.

Dated:   **November 26, 2024**          /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE

---

[1] If after being served with the subpoena, the responding person or entity fails to respond or objects to providing documents, Plaintiff may file a motion to compel. The motion must be filed with the Court and served on the responding person or entity.