UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN JESUS PENALOZA,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN FRESNO COUNTY DEPUTIES,<br><br>Defendants. | No. 1:23-cv-01477-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. 19) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2024, the assigned magistrate judge issued a screening order, which concluded that plaintiff's Second Amended Complaint stated a cognizable excessive force claim against certain Fresno County Deputies. Doc. 17. Since the identities of the defendants were not known to plaintiff, on November 26, 2025, the Court also issued an order authorizing limited discovery and directing plaintiff to fill out and return subpoena forms within 30 days. Doc. 18. In the same order, the Court set a 120-day deadline—until March 26, 2025—for plaintiff to discover identities of the Doe defendants and file a motion to substitute named defendants. *Id.* at 3. The Court cautioned plaintiff that the failure to file a motion to substitute by the deadline could result in the dismissal of the entire action. *Id.*

1

1    Both the screening order and the order authorizing issuance of subpoena were returned to
2    the Court as undeliverable, on December 13 and 16, 2024.  *See* docket.  Plaintiff has not updated
3    his address with the Court, as required by Local Rule 183 and the Court's October 16, 2023 order.
4    Plaintiff also has not returned completed subpoena forms or filed a motion to substitute named
5    defendants in place of the Doe defendants, and the deadlines to do so have passed.

6    On February 25, 2025, the magistrate judge issued findings and recommendations,
7    recommending that the Court dismiss this action for failure to prosecute and failure to comply
8    with court orders.  Doc. 19.  The Court served the findings and recommendations on plaintiff and
9    notified him that any objections were due within 30 days.  *Id*. at 4. The findings and
10   recommendations were also returned to the Court as undeliverable.  *See* docket.  No objections
11   were filed and the time to do so has passed.

12   In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of
13   this case.  Having carefully reviewed the matter, the Court finds the findings and
14   recommendations to be supported by the record and proper analysis.

15   Accordingly:

16   1.   The findings and recommendations issued on February 25, 2025, Doc. 19, are
17        ADOPTED IN FULL;
18   2.   This action is DISMISSED without prejudice for failure to prosecute and failure to
19        comply with court orders;
20   3.   All pending motions and deadlines are terminated; and
21   4.   The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   April 11, 2025                          _____
                                                  UNITED STATES DISTRICT JUDGE

2